UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CA NO. 6:12-CV-00658-LED |
| YAHOO!, INC., | § § § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## JOINT MOTION AND STIPULATION
## TO PARTIALLY DISMISS WITH PREJUDICE

Plaintiffs PersonalWeb Technologies LLC ("PersonalWeb") and Level 3 Communications, LLC ("Level 3") and Microsoft Corporation ("Microsoft") have reached a settlement of the disputes raised in the *PersonalWeb v. Microsoft* action in the United States District Court for the Eastern District of Texas, Tyler Division (CA No. 6:12-cv-663-LED). That action was dismissed with prejudice on July 8, 2014 (Dkt. No. 153).

Pursuant to their settlement with Microsoft, PersonalWeb and Level 3 agreed to dismiss with prejudice any and all claims against Yahoo! Inc. ("Yahoo!") that rely, in any way, on any portion of or operation performed by any of the following: (i) software, products and services of Microsoft including any software, hardware or other product or service that is marketed, offered, distributed or provided (whether pursuant to sale, license, subscription service, remote hosting, terminal services, distributable software product, distributable service or otherwise) by Microsoft, and (ii) implementations of specifications provided by Microsoft, wherein the specifications are associated with the software, products and services of Microsoft ("the Microsoft-Related Claims"). Such claims include PersonalWeb's claims against Yahoo!'s search engine "as powered by Bing."

Plaintiffs PersonalWeb Technologies LLC and Level 3 Communications LLC and Defendant Yahoo, Inc., therefore, jointly move and stipulate that all Microsoft-Related Claims in the above-captioned action, in accordance with the attached proposed Order of Dismissal, be dismissed with prejudice and that each party shall bear its own costs, expenses and attorneys' fees as to such claims.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Ashley L. McMillian* | */s/ Jennifer H. Doan* |
| Max L. Tribble, Jr. | Jennifer H. Doan |
| State Bar No. 20213950 | State Bar No. 08809050 |
| mtribble@susmangodfrey.com | Brent McCabe |
| SUSMAN GODFREY L.L.P. | State Bar No. 24088004 |
| 1000 Louisiana Street, Suite 5100 | Stephen D. Howen |
| Houston, Texas 77002 | State Bar No. 10117800 |
| Telephone: (713) 651-9366 | HALTOM & DOAN |
| Facsimile: (713) 654-6666 | 6500 Summerhill Road, Suite 100 |
| | Texarkana, TX 75503 |
| Joseph S. Grinstein | Telephone: (903) 255-1000 |
| State Bar No. 24002188 | Facsimile: (903) 255-0800 |
| jgrinstein@susmangodfrey.com | jdoan@haltomdoan.com |
| Manmeet S. Walia | bmccabe@haltomdoan.com |
| State BarNo.24056776 | showen@haltomdoan.com |
| mwalia@susmangodfrey.com | |
| Ashley L. McMillian | Kevin S. Kudlac |
| State Bar No.24070252 | State Bar No. 00790089 |
| amcmillian@susmangodfrey.com | Amber L. Hagy |
| Adam Hockensmith (*pro hac vice*) | State Bar No. 09223750 |
| State Bar No. 24083184 | Rene A. Trevino |
| ahockensmith@susmangodfrey.com | State Bar No. 24051447 |
| SUSMAN GODFREY L.L.P. | GREENBERG TRAURIG LLP |
| 1000 Louisiana Street, Suite 5100 | 300 West 6th St., Suite 2050 |
| Houston, Texas 77002 | Austin, TX 78701 |
| Telephone: (713) 651-9366 | Telephone: (512) 320-7200 |
| Facsimile: (713) 654-6666 | Facsimile: (512) 656-5743 |
| | kudlack@GTLAW.com |
| | hagya@GTLAW.com |
| | trevinor@GTLAW.com |

| | |
|---|---|
| Marc M. Seltzer<br>CA State Bar No. 54534<br>mseltzer@susmangodfrey.com<br>Kalpana Srinivasan<br>CA State Bar No. 237460<br>ksrinivasan@susmangodfrey.com<br>Davida Brook<br>CA State Bar No. 275370<br>DBrook@susmangodfrey.com<br>1901 Ave of the Stars, Suite 950<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br><br>**ATTORNEYS FOR PLAINTIFF<br>PERSONALWEB TECHNOLOGIES,<br>LLC** | Jared Bobrow<br>California State Bar No. 133712<br>WEIL GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3034<br>Facsimile: (650) 802-3100<br>jared.bobrow@weil.com<br><br>**ATTORNEYS FOR DEFENDANT<br>YAHOO! INC.** |

*/s/ David Wier*
David Wier

David D. Wier
Vice President, Patent Counsel
LEVEL 3 COMMUNICATIONS, INC.
1025 Eldorado Boulevard
Broomfield, Colorado 80021
David.Wier@Level3.com

**ATTORNEY FOR PLAINTIFF
LEVEL 3 COMMUNICATIONS LLC**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 24th day of September, 2014.

      */s/ Ashley McMillian* _____