UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CA NO. 6:12-CV-00658-LED |
| YAHOO!, INC., | § § § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

The Court, being advised that Plaintiffs PersonalWeb Technologies LLC ("PersonalWeb") and Level 3 Communications ("Level 3"), and Defendant Yahoo! Inc. ("Yahoo!"), have jointly moved and stipulated for a partial dismissal with prejudice of certain claims in this case, concludes that such dismissal is appropriate. It is therefore

ORDERED that the following claims in the above-captioned action are DISMISSED WITH PREJUDICE:

> Any and all claims that rely, in any way, on any portion of or operation performed by any of the following: (i) software, products and services of Microsoft including any software, hardware or other product or service that is marketed, offered, distributed or provided (whether pursuant to sale, license, subscription service, remote hosting, terminal services, distributable software product, distributable service or otherwise) by Microsoft, and (ii) implementations of specifications provided by Microsoft, wherein the specifications are associated with the software, products and services of Microsoft.  Such claims include PersonalWeb's claims against Yahoo!'s search engine "as powered by Bing."

**So ORDERED and SIGNED this 26th day of September, 2014.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE