IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, | § § § § | |
| Plaintiffs, | § § | CASE NO. 6:12-CV-658 |
| vs. | § § | |
| YAHOO! INC., | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the parties' Joint Motion to Stay Deadlines Pending Final Settlement (Docket No. 190). In order to promote the Court's ability to monitor and manage its docket, the Court recently issued a **Standing Order Regarding Proper Notification of Settlement to the Court**.[1] Accordingly, the Court **CONDITIONALLY GRANTS** the parties' request to stay all case deadlines provided that the parties submit a Joint Notice of Settlement in accordance with the Court's Standing Order Regarding Settlement no later than **October 21, 2014**.

So ORDERED and SIGNED this 20th day of October, 2014.



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

---

[1] *See* The Honorable Leonard Davis Chief District Judge, U.S. District Court: Eastern District of Texas, http://www.txed.uscourts.gov/page1.shtml?location=info:judge&judge=7.